

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,575

### EX PARTE ANTONIO DAVILA JIMENEZ, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS CAUSE NO. 1990CR4654-W3 IN THE 187th DISTRICT COURT FROM BEXAR COUNTY

**MEYERS, J., filed a dissenting opinion.**

## DISSENTING OPINION

I agree with the majority that Applicant is not entitled to relief based on his conviction being void since he had the status of a felon when he was arrested. However, the facts of this case fit the criteria for an actual innocence claim under our opinion in *Ex Parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996). It is possible that if a new jury saw the newly discovered evidence, they would not have convicted Applicant. I would grant relief because the underlying felony conviction used to support his conviction for unlawful possession of a firearm by a felon was set aside. Therefore, I respectfully dissent.

Meyers, J.


Filed: February 8, 2012

Publish